Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

OCT 13 2022
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 22-125-DCR-MAS

SEAN RYAN REARDON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2251(a)

Beginning on or about a date in 2020, and continuing through on or about a date in 2022, the exact dates unknown, in Lincoln County, in the Eastern District of Kentucky, and elsewhere,

**SEAN RYAN REARDON**

employed, used, persuaded, induced, enticed, and coerced a minor, Victim #1, to engage in sexually explicit conduct for the purpose of producing, or transmitting live, visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in

violation of 18 U.S.C. § 2251(a).

## COUNT 2
## 18 U.S.C. § 2251(a)

Beginning on or about a date in 2016, and continuing through on or about a date in 2019, the exact dates unknown, in Lincoln County, in the Eastern District of Kentucky, and elsewhere,

### SEAN RYAN REARDON

employed, used, persuaded, induced, enticed, and coerced a minor, Victim #2, to engage in sexually explicit conduct for the purpose of producing, or transmitting live, visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3
## 18 U.S.C. § 2252(a)(2)

Beginning on or about a date in 2020, and continuing through on or about a date in 2022, the exact dates unknown, in Lincoln County, in the Eastern District of Kentucky, and elsewhere,

### SEAN RYAN REARDON

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction

involved the use of a minor, Victim #1, engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 4
## 18 U.S.C. § 2252(a)(2)

Beginning on or about a date in 2016, and continuing through on or about a date in 2019, the exact dates unknown, in Lincoln County, in the Eastern District of Kentucky, and elsewhere,

### SEAN RYAN REARDON

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor, Victim #2, engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 5
## 18 U.S.C. § 2252(a)(4)(B)

On or about March 12, 2022, in Lincoln County, in the Eastern District of Kentucky,

### SEAN RYAN REARDON

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Indictment, any and all interest **SEAN RYAN REARDON** has in the property used or intended to be used to commit or promote the commission of the offenses, or any property traceable to such property, including, but not limited to:

### CELLULAR PHONE AND ASSOCIATED EQUIPMENT:

a. Samsung Galaxy S10 Phone, IMEI: 352687101875787
b. All software and peripherals which are contained on or associated with the listed cellular phones.

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. §§ 2253.

**A TRUE BILL**

_____

*[signature]*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-2:**   Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than a lifetime term of supervised release.

**COUNTS 3-4:**   Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release

**COUNT 5:**   Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

Not more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release if any visual depiction involves a prepubescent minor.

**PLUS:**   Forfeiture of all listed property.

**PLUS:**   Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least

                1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:**        Restitution, if applicable.