I am writing this letter to express my sorrow for my actions. I am sorry to the victims and their families for any issues or suffering that has resulted from my actions. I am sorry to the United States of America and the Courts and staff. I have accepted my wrong doing and will move forward as a better citizen and a better person. All I have ever wanted is to be an outstanding citizen and be the best person to be there for others and to help others. I was raised by a down to earth country family and care for my family so much and can not wait to return to them. I have two small children at home that I never thought in a million years I would be away from and my goal is to return to them and my wife as quickly as possible as a better father and husband. If or when I am released I will come out a changed person, a better person. I hope that the victims and their families can and will be able to fully recover from my actions and live a long and happy life. I am going to take every step and or assistance offered to me while I am in the Correctional System to help improve me and to show the United State of America I am deeply sorry and will grow into an idol citizen. No amount of words or letters can make up for what I've done. I can't wait to return ton my family and move forward with a new outlook on life. Thank You for taking the time to read my letter.

DEFENDANT'S EXHIBIT 1

*Sean Reardon*
Sean Reardon